UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

_____x

IN RE:

SAMANTHA G. JENKINS,

          Debtor.

_____x

FILED
U.S. BANKRUPTCY COURT

2020 FEB -7  A 11: 42

S.D. OF N.Y.

Chapter 13 Case No: 19-23985

AFFIDAVIT IN SUPPORT

SAMANTHA G. JENKINS, being first duly sworn under penalty of perjury, deposes and says:

1. I am the debtor herein.

2. I filed a chapter 13 bankruptcy petition on <u>November 12, 2019</u>, and said bankruptcy petition is pending.

3. The referee, <u>Kenneth Bunting</u>, Esq., has scheduled the sale by public auction of my home.

4. Upon information and belief, the scheduled auction is in direct and clear violation of the automatic stay that attaches with such a filing.

5. Upon information and belief, unless and until the Bankruptcy Court issues an order removing the automatic stay there can be no substantial activity without the permission of the court. The court has issued no such order.

6. Upon information and belief, a "Relationship Manager" says that the Trustee herein, <u>Krista M. Preuss</u>, gave the permission to auction my home.

7. Upon information and belief, the office of the Trustee maintains that no such permission was ever so granted by either the court or the Trustee.

8. That the foreclosure proceeding related to my home is based on misconduct, fraud, unethical and illegal business practices (which was the basis and cause for the initial mortgage conflict}.

9. That I seek an order from the court commanding all parties to cease and desist the above described auction activity.

WHEREFORE, the debtor prays that an order issue commanding the parties to cease and desist all unauthorized activity pending the further orders of the court, and for such other and further relief as the court may deem just, equitable, and proper.

Dated: February 6, 2020

Respectfully,

SAMANTHA G. JENKINS

Debtor pro se

24 Montgomery Place

New Rochelle, N.Y. 10804

DONNELL BRIDGES
Notary Public State of New York
No. 01BR6020836
Qualified in Westchester County
Commission Expires March 8, 20 23

SWORN TO BEFORE ME THIS 6TH DAY OF FEBRUARY, 2020. — — — — — — — —

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
300 Quarropas Street
White Plains, NY 10601

---

IN RE: Samantha G. Jenkins                                    CASE NO.: 19-23985-shl

Social Security/Taxpayer ID/Employer ID/Other Nos.:           CHAPTER: 13
xxx-xx-6198

---

## NOTICE OF RESCHEDULED CONFIRMATION HEARING DATE

The Chapter 13 confirmation hearing scheduled for January 15, 2020 will now be held on January 8, 2020 at 9:30AM before the Honorable Sean H. Lane, U.S. Bankruptcy Judge in Courtroom 164, at the U.S. Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10601.

Dated: December 6, 2019                                       Vito Genna
                                                              Clerk of the Court

Filing Date
11/12/19



December 27, 2019


SAMANTHA JENKINS
OMIEL JENKINS
24 MONTGOMERY PL
NEW ROCHELLE, NY 10804-0000

**Account Number:** 0015155708
**Property Address:** 24 MONTGOMERY PL
NEW ROCHELLE, NY 10804

Dear Customer(s):

Select Portfolio Servicing, Inc. (SPS), the mortgage servicer on the above referenced account, is notifying you that a foreclosure sale of the above noted property has been scheduled for 02/19/2020. Please contact us immediately if you have any questions.

If you have any questions, you may contact your assigned Relationship Manager, Setaita Tanaki, at 866-820-6218 Ext. 38283 or by email at Relationship.Manager@SPServicing.com.

If you have any questions regarding your account, please contact SPS toll free at 888-818-6032. Representatives are available Monday through Thursday between the hours of 8 a.m. and 11 p.m., Friday from 8 a.m. to 9 p.m., and Saturday from 8 a.m. to 2 p.m., Eastern Time. You may also visit our website anytime at www.spservicing.com.

Sincerely,

Select Portfolio Servicing, Inc.

Please note that SPS is sending this to you to provide information regarding the lien on the real property referenced above. Our records indicate that your obligation has been discharged under the United States Bankruptcy Code. This notice and any enclosed documents are for compliance and informational purposes only and do not constitute a demand for payment or an attempt to collect such obligation. Even though your personal liability on the note may be discharged, the terms of the mortgage remain in effect and the owner of the mortgage, as lien holder, continues to have a lien on the real property.

Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.

This information is intended for informational purposes only and is not considered an attempt to collect a debt.

*[handwritten notes]* Relationship. Manager @ SPServicing . com
[illegible] in subject

00217721000246010100



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

_____x

IN RE:                                                                          Chapter 13 Case No: 19-23985

SAMANTHA G. JENKINS,                                            PROOF OF SERVICE

                Debtor.

_____x

SAMANTHA G. JENKINS, being first duly sworn under penalty of perjury, deposes and says:

1. That I am the debtor in the above captioned bankruptcy proceeding.
2. That I have placed a copy of these papers (Notice of Motion and Affidavit in Support) in the United States Mail for delivery as noted to,

**BY EXPRESS U.S. MAIL - OVERNIGHT DELIVERY**

Hon. Sean H. Lane, Judge

Chambers

U.S. Bankruptcy Court

for the Southern District of N.Y.

300 Quarropas Street

White Plains, N.Y. 10601


**BY EXPRESS U.S. MAIL - OVERNIGHT DELIVERY**

Hon. Krista M. Preuss

Chapter 13 Trustee

399 Knollwood Road, Ste 102

White Plains, N.Y. 10603

Eckert Seamans Cherin & Mellott, LLC

Attorneys for Plaintiff

10 Bank Street-Suite 700

White Plains, N.Y. 10606


EMC MORTGAGE CORPORATION

909 Hidden Ridge Drive

Suite 200

Irving, TX 75038


SELECT PORTFOLIO SERVICING, INC.

Att: Relationship Manager

Att: Legal Department

3217 S. Decker Lake Dr.

Salt Lake City, Utah 84119


Dated: February 6, 2020

Respectfully,

SAMANTHA G. JENKINS

Debtor pro se

24 Montgomery Place

New Rochelle, N.Y. 10804

DONNELL BRIDGES
Notary Public State of New York
No. 01BR6020836
Qualified in Westchester County
Commission Expires March 8, 20 23

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

_____X

IN RE:                                                                       Chapter 13 Case No: 19-23985

SAMANTHA G. JENKINS,                                        NOTICE OF MOTION

               Debtor.

_____X

PLEASE TAKE NOTICE, that upon the annexed affidavit, the debtor, Samantha G. Jenkins will move this court before the Honorable Sean H. Lane, United States Bankruptcy Court Judge, at the United States Bankruptcy Court, 300 Quarropas Street, White Plains, N.Y. 10601, on February 10, 2020, at 10 a.m., or as soon thereafter as the matter can be heard, for an order pursuant to the United States Bankruptcy Code directing a creditor to cease and desist activity related to the debtor, and for such other and further relief as the court may deem just, equitable, and proper.

PLEASE TAKE FURTHER NOTICE, that this is an emergency proceeding, as set forth more fully in the annexed affidavit, and responsive papers may be filed with the Bankruptcy Court and served upon the debtor with time of essence expediency.

Dated: February 6, 2020

Respectfully,

_[signature]_

SAMANTHA G. JENKINS

Debtor prose

24 Montgomery Place

New Rochelle, N.Y. 10804

[Notary stamp:]
DONNELL BRIDGES
Notary Public State of New York
No. 01BR6020836
Qualified in Westchester County
Commission Expires March 8, 20_23_