**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
In re:                                                                                Chapter 13

    Samantha G. Jenkins,                                      Case No. 19-23985 (SHL)

                         Debtor
---------------------------------------------------------X

### ORDER (A) SCHEDULING FURTHER HEARING ON DEBTOR'S MOTION SEEKING AN ORDER THAT THE AUTOMATIC STAY APPLIES TO THE DEBTOR'S RESIDENCE; AND (B) STAYING THE FORECLOSURE SALE OF THE DEBTOR'S RESIDENCE

Upon the motion of the Debtor, filed on February 7, 2020 (the "Motion") [ECF No. 15], seeking entry of an order to stay the foreclosure sale proceeding scheduled for February 19, 2020 on the property located at 24 Montgomery Place, New Rochelle, NY 10804 (the "Residence"); and this Court having entered an order (the "Scheduling Order") [ECF No. 16], scheduling a hearing on the Motion on February 18, 2020 (the "Hearing") and directing that creditor Select Portfolio Servicing, Inc. ("SPS") appear at the Hearing; and a copy of the Scheduling Order having been served upon SPS by both regular mail and electronic mail [ECF No. 16]; and SPS having failed to attend the Hearing; and the Court having been contacted by counsel to SPS subsequent to the Hearing; and given that the Debtor appears to be entitled to the protection of the automatic stay under Section 362 of the Bankruptcy Code based upon her filing of the above-captioned bankruptcy case; and granting further relief as the Court deems just and proper; it is hereby

**ORDERED**, that SPS is hereby directed to appear at a further hearing on Debtor's Motion to be held before the Honorable Sean H. Lane, United States Bankruptcy Court, Southern District of New York, 300 Quarropas Street, White Plains, NY 10601 on **MARCH 25, 2020 at 10:00 A.M.** to show cause as to why SPS is not in violation of the automatic stay; and it is further

      **ORDERED**, that the scheduled sale of the Residence is hereby stayed pending further order of this Court.

Dated: White Plains, New York
       February 18, 2020

                                            */s/ Sean H. Lane*
                                            UNITED STATES BANKRUPTCY JUDGE

Copies to:

Samantha G. Jenkins
24 Montgomery Place
New Rochelle, NY 10804
Gforce024@yahoo.com
SAMGJ24@yahoo.com

Krista M. Preuss, Chapter 13 Standing Trustee
399 Knollwood Road
White Plains, NY 10603

Phionah Brown, Esq.
Eckert Seamans Cherin & Mellott, LLC
10 Bank Street, Suite 700
White Plains, NY 10606
pbrown@eckertseamans.com

EMC Mortgage Corporation
909 Hidden Ridge Drive, Suite 200
Irving, TX 75038

Select Portfolio Servicing, Inc.
Attn: Setaita Tanaki, Relationship Manager
Attn: Legal Department
3217 South Decker Lake Drive
Salt Lake City, Utah 84119
Relationship.Manager@spservicing.com