**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**300 Quarropas Street**
**White Plains, NY 10601**

---

IN RE: Samantha G. Jenkins                        CASE NO.: 19−23985−shl

Social Security/Taxpayer ID/Employer ID/Other Nos.:   CHAPTER: 13
xxx−xx−6198

---

# NOTICE OF ADJOURNMENT OF CONFIRMATION HEARING

PLEASE TAKE NOTICE that the Chapter 13 Confirmation Hearing that was scheduled for March 25, 2020 will now be heard on May 27, 2020 at 9:20 AM before the Honorable Sean H. Lane at the United States Bankruptcy Court, White Plains Courthouse, 300 Quarropas Street, Courtroom TBA, White Plains, New York, 10601.

Dated: March 20, 2020                        Vito Genna
                                             Clerk of the Court

United States Bankruptcy Court
Southern District of New York

In re:                                                                                    Case No. 19-23985-shl
Samantha G. Jenkins                                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0208-7        User:                       Page 1 of 1            Date Rcvd: Mar 23, 2020
                            Form ID: 143                Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2020.
```
db              +Samantha G. Jenkins,    24 Montgomery Place,    New Rochelle, NY 10804-4417
smg             +N.Y. State Unemployment Insurance Fund,    P.O. Box 551,    Albany, NY 12201-0551
smg              New York City Department of Finance,    Attn: Bankruptcy & Assignment Unit,
                  345 Adams Street, 3rd Floor,    Attn: Legal Affairs - Devora Cohn,    Brooklyn, NY  11201-3719
smg             +Parking Violations Bureau,    210 Joralemon Avenue,    Brooklyn, NY 11201-3745
smg             +United States Attorney's Office,    Southern District of New York,
                  Attention: Tax & Bankruptcy Unit,    86 Chambers Street, Third Floor,    New York, NY 10007-1825
smg              Westchester County Sheriff's Dept.,    Room L 217,    110 Dr. Martin Luther King Blvd.,
                  White Plains, NY  10601-2519
7679990         +ECKERT SEAMANS CHERIN & MELLOTT, LLC,    10 BANK STREET,    SUITE 700,
                  WHITE PLAINS, NY 10606-1947
7694507         +ECKERT SEAMANS CHERIN & MELLOTT, LLC,    Attorneys for Select Portfolio,    Servicing, Inc.,
                  10 Bank Street, Suite 700,    White Plains, New York 10606-1933
7677852         +EMC Mortgage Corporation,    909 Hidden Ridge Drive,    Suite 200,    Irving, TX 75038-3826
7638732         +LAW OFFICE OF ARONOW P.C.,    20 CROSSWAYS PK DRIVE SUITE 21,    WOODBURY, NY 11797-2007
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Mar 23 2020 20:04:46
                  N.Y. State Dept. Of Taxation And Finance,    Bankruptcy/Special Procedures Section,
                  P.O. Box 5300,    Albany, NY  12205-0300
smg              E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Mar 23 2020 20:04:47
                  New York State Tax Commission,    Bankruptcy/Special Procedures Section,    P.O. Box 5300,
                  Albany, NY  12205-0300
7667734          E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 23 2020 20:04:38     Jefferson Capital Systems LLC,
                  PO Box 7999,    Saint Cloud MN 56302-9617
7639585         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 23 2020 20:06:55
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
7677851         +E-mail/Text: jennifer.chacon@spservicing.com Mar 23 2020 20:04:56
                  Select Portfolio Servicing Inc,    3217 S Decker Lake Dr,    Salt Lake City, UT 84119-3284
                                                                                              TOTAL: 5

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Select Portfolio Servicing, Inc., servicer for U.S
smg*            +United States Attorney's Office,    Southern District of New York,
                  Attention: Tax & Bankruptcy Unit,    86 Chambers Street, Third Floor,    New York, NY 10007-1825
                                                                                              TOTALS: 1, * 1, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2020 at the address(es) listed below:
```
              Kenneth J. Flickinger    on behalf of Creditor    Select Portfolio Servicing, Inc., servicer for
               U.S. Bank National Association, as Trustee, successor in interest to Bank of America National
               Association, as Trustee as successor b kflickinger@eckertseamans.com
              Krista M. Preuss    info@ch13kp.com, kpreuss13@ecf.epiqsystems.com
              Krista M. Preuss    on behalf of Trustee Krista M. Preuss info@ch13kp.com,
               kpreuss13@ecf.epiqsystems.com
              United States Trustee    USTPRegion02.NYECF@USDOJ.GOV
                                                                                              TOTAL: 4
```